# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2739

_____

Russell M. Boles,                                         *
                                                          *
               Appellant,               *
                                                          *   Appeal from the United States
       v.                                 *   District Court for the
                                                          *   District of Minnesota.
Corrections Corporation of America;                       *
Transcor America, Inc.,                                   *   **[UNPUBLISHED]**
                                                          *
               Appellees.               *

_____

Submitted: November 4, 1999
Filed:   December 6, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Russell M. Boles appeals the district court's[1] orders dismissing his 42 U.S.C. § 1983 complaint against a prisoner-transport company and a prison-management company, and denying his subsequent motion for relief under Federal Rule of Civil Procedure 60(b). Having carefully reviewed the record, we conclude that the district

---

[1]The HONORABLE DONOVAN W. FRANK, United States District Judge for the District of Minnesota, adopting the report and recommendation of the HONORABLE JONATHAN G. LEBEDOFF, United States Magistrate Judge for the District of Minnesota.

court properly dismissed the complaint under 42 U.S.C. § 1997e(c)(1), for the reasons explained in the district court's order. Further, we conclude that extraordinary circumstances do not exist in this case to warrant Rule 60(b) relief, and thus the district court did not abuse its discretion in denying such relief. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.